# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 08-1420 JVS (RNBx | Date | January 29, 2009 |
| Title | Miller v. Unum Life Insurance Company of America | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Jurisdiction

      The Court has made a preliminary review of the First Amended Complaint ("FAC") filed by Michael S. Miller, M.D. ("Miller") on January 13, 2009.

      Miller purports to invoke jurisdiction under diversity, 28 U.S.C. § 1332. (FAC, ¶ 1.)

      The Court cannot determine whether there is complete diversity for the following reasons:

      1.  Miller makes no affirmative allegation with regard to his citizenship.

      2.  Miller fails to allege the principal place of business of defendants Unum Life Insurance Company of American and Paul Revere Life Insurance Company. Corporations are citizens of both their state of incorporation and the location of their principal place of business.  28 U.S.C. § 1332(c)(1).

      3.  Jurisdictional allegations on the basis of information and belief are insufficient.  This is the only basis upon which Miller pleads defendants' state of incorporation.  Bradford v. Mitchell Bros. Truck Lines, 217 F. Supp. 525, 527 (N.D. Cal. 1963).

      Miller is directed to show cause in writing within ten days as to why the First Amended Complaint should not be dismissed for lack of jurisdiction.  An amended

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 08-1420 JVS (RNBx)                    Date  January 29, 2009

Title  Miller v. Unum Life Insurance Company of America

complaint alleging a proper basis for jurisdiction will deemed an adequate response. **Failure to respond to this order to show cause may result in summary dismissal of the action.**

                                                                               0     :    00

                                                    Initials of Preparer   kjt